IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| C. HOKULE'A COOKE, | ) | CIVIL NO. 05-00547HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOROTHY M. D'AMORE, individually and as Administrator of the Estate of Joseph D'Amore; ESTATE OF JOSEPH D'AMORE, DOES 1-100, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING, AS MODIFIED, REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on March 7, 2006 (Doc. 30) and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court with the following modification:  Page 2, line 12, "January 10, 2005" is hereby corrected to read "January 10, 2006".

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 24, 2006.



 /s/ Helen Gillmor_____
Chief United States District Judge